

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-19-00164-CR

_____

BOBBY CARL LENNOX AKA BOBBY CARL LEANOX, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 6th District Court
Lamar County, Texas
Trial Court No. 28256

Before Morriss, C.J., Burgess and Stevens, JJ.

# O R D E R

The State of Texas has filed a motion asking this Court to rehear cause number 06-19-00164-CR, styled *Bobby Carl Lennox AKA Bobby Carl Leanox v. The State of Texas*. Pursuant to Rule 49.3 of the Texas Rules of Appellate Procedure, the Court grants the State's motion for rehearing and withdraws its original opinion and judgment.

The reasons for the Court's ruling are as follows: Subsequent to the issuance of our opinion in the present case, the case of *State v. Trenton Kyle Green*, cause number 06-20-00010-CR, was submitted to the Court. In *State v. Green*, the State appealed the trial court's grant of the Appellee's motion to quash an indictment. In order to resolve *State v. Green*, the Court must resolve the same statutory interpretation issue as is presented in the present case, but in the context of a motion to quash an indictment. Given the similarity of the issue in both cases, the Court has decided to grant the State's motion for rehearing and withdraw our original opinion and judgment in the present case. The Court does not require additional briefing from the parties but will set the matter for oral argument. The Court has also on this date granted oral argument in *State v. Green* and will set that matter for oral argument on the same date as the present case. The parties in both cases will be notified of the date and time for the oral argument by separate correspondence from the clerk of this Court.

IT IS SO ORDERED.

BY THE COURT

Date: April 24, 2020